# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Zagel, James B. | 2. Court or Organization  U.S. District Court No. Ill. | 3. Date of Report  6/26/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination      Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2014  to  12/31/2014 |

**7. Chambers or Office Address**

219 S. Dearborn
Room 2588
Chicago, IL 60604

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 1/1-12/31 | Foundation Press-Book royalties | $3,994.00 |
| 2. 1/1-12/31 | EP Talent Services - Actor's Royalties | $100.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. 1/1-12/31 | Grant Thornton - Partnership and Consulting Income |
| 3. 3/1-12/31 | American Arbitration Association - Arbitrator's fees |
| 4. 8/1-12/31 | Fairfax Ltd. - Director's fees |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M.O.N.Y. Policy Value | D | Dividend | L | T | | | | | |
| 2. Northern Trust Accts. | A | Interest | O | T | | | | | |
| 3. Farm Land Washington/Clinton Counties Ill. | C | Rent | K | W | | | | | |
| 4. Northwestern Mut. Life Ins. Policy | A | Dividend | J | T | | | | | |
| 5. New York Life Ins. Pol. | A | Dividend | J | T | | | | | |
| 6. Country Cos. Life Pol. | A | Dividend | K | T | | | | | |
| 7. Transamer. Life Pol. Val. | | None | L | T | | | | | |
| 8. Prudential Life Ins. | A | Dividend | J | T | | | | | |
| 9. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 10. Equitable Life (Now AXA Equitable) | A | Dividend | K | T | | | | | |
| 11. Royal Bank of Canada (RBC) | D | Interest | P1 | T | | | | | |
| 12. RBC | E | Dividend | P1 | T | | | | | |
| 13. KO | A | Dividend | K | T | | | | | |
| 14. KO | A | Dividend | K | T | | | | | |
| 15. SAG Pension Plan | A | Interest | J | T | | | | | |
| 16. CP | A | Dividend | L | T | | | | | |
| 17. CP | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Teck Cominco Ltd./TCK | A | Dividend | | | Sold | 10/31/14 | K | A | |
| 19. Teck Cominco Ltd./TCK | A | Dividend | | | Sold | 10/31/14 | K | A | |
| 20. Encana - ECA (formerly PCX) | B | Dividend | K | T | | | | | |
| 21. Encana - ECA (formerly PCX) | B | Dividend | K | T | | | | | |
| 22. Cenovius | B | Dividend | K | T | | | | | |
| 23. Cenovius | B | Dividend | K | T | | | | | |
| 24. SEP/IRA RBC | B | Dividend | O | T | | | | | |
| 25. CP | A | Dividend | K | T | | | | | |
| 26. Teck Cominco Ltd./TCK | A | Dividend | | | Sold | 10/31/14 | K | A | |
| 27. Encana - ECA | A | Dividend | J | T | | | | | |
| 28. Cenovius | A | Dividend | K | T | | | | | |
| 29. Oracle - ORCL | A | Dividend | | | Sold | 11/03/14 | K | A | |
| 30. End of IRA/New Stocks Buy | | | | | | | | | |
| 31. HD | A | Dividend | K | T | | | | | |
| 32. HD | A | Dividend | K | T | | | | | |
| 33. PG | B | Dividend | L | T | | | | | |
| 34. PG | B | Dividend | L | T | | | | | |

| | | | | | |
| --- | --- | --- | --- | --- | --- |
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. GE | A | Dividend | J | T | Sold | 12/11/14 | J | | |
| 36. GE | A | Dividend | J | T | Sold | 12/18/14 | J | | |
| 37. Time Warner | A | Dividend | J | T | | | | | |
| 38. Time Warner | A | Dividend | J | T | | | | | |
| 39. Time Warner Cable | A | Dividend | J | T | Sold | 10/31/14 | J | | |
| 40. Time Warner Cable | A | Dividend | J | T | Sold | 10/31/14 | J | | |
| 41. Janus Contrarian Fund | A | Dividend | L | T | | | | | |
| 42. Janus Contrarian Fund | A | Dividend | L | T | | | | | |
| 43. Pepco Holdings POM | B | Dividend | K | T | | | | | |
| 44. FE | D | Dividend | K | T | Sold | 10/31/14 | K | | |
| 45. Duff & Phelp Fund - DNP | B | Dividend | K | T | Sold | 10/31/14 | K | | |
| 46. Lease of excess Berrien, Ctr, MI acreage to Leitz Corp. | C | Rent | L | W | | | | | |
| 47. AT&T | A | Dividend | J | T | Sold | 10/31/14 | J | | |
| 48. NEE (formerly FPL) | B | Dividend | L | T | | | | | |
| 49. COP | B | Dividend | K | T | Sold | 10/31/14 | K | | |
| 50. BAC | A | Dividend | K | T | | | | | |
| 51. FIP Properties | | None | M | R | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Alpine Ultra Short Tax ... Income Fund ATOIX | B | Interest | N | T | | | | | |
| 53. Alpine Ultra Short Tax ... Income Fund ATOIX | B | Interest | M | T | | | | | |
| 54. Zoetis/ZTS | A | Dividend | J | T | | | | | |
| 55. Zoetis/ZTS | A | Dividend | J | T | | | | | |
| 56. Morgan Stanley/Smith Barney - 401k NO. 1 | D | Dividend | N | T | | | | | |
| 57. Artisan Midcap/ARTOX | A | Dividend | J | T | | | | | |
| 58. Black Rock Equity Div/MDO US | A | Dividend | J | T | | | | | |
| 59. Goldman Sachs/ GS DAX | A | Dividend | J | T | | | | | |
| 60. Invesco Premier/IPPXX | A | Dividend | | | Sold | 10/14/14 | J | | |
| 61. Ivy Mid Cap/WMGAX | | None | J | T | | | | | |
| 62. Pimco Short Term PSHAX | A | Dividend | J | T | | | | | |
| 63. Pimco Total A/PTTAX | A | Dividend | J | T | | | | | |
| 64. Wells Fargo Emerg Mkts EMGYX | A | Dividend | J | T | | | | | |
| 65. Wells Fargo Prem LG WFPDX | A | Dividend | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Morgan Stanley No. 2 ASSET | | | | | | | | | |
| 68. 3M Company | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Abbott Lab ABT | A | Dividend | J | T | | | | | |
| 70. ABBVIE Inc. ABBV | A | Dividend | J | T | | | | | |
| 71. Accenture PLC Ireland ACN | A | Dividend | J | T | | | | | |
| 72. Ace Ltd. ACE | A | Dividend | J | T | | | | | |
| 73. Allergan Inc. AGN | A | Dividend | J | T | | | | | |
| 74. American Exp. AXP | A | Dividend | J | T | | | | | |
| 75. Amer Tower REIT AMT | A | Dividend | J | T | | | | | |
| 76. Apple Inc. APPL | A | Dividend | J | T | | | | | |
| 77. AT&T | A | Dividend | J | T | | | | | |
| 78. Auto Data Process ADP | A | Dividend | J | T | | | | | |
| 79. BK of Nova Scotia BNS | A | Dividend | | | Sold | 7/18/13 | J | | |
| 80. Chevron CVX | A | Dividend | J | T | | | | | |
| 81. Chubb CB | A | Dividend | J | T | | | | | |
| 82. Citigroup C | A | Dividend | J | T | | | | | |
| 83. Coca Cola KO | A | Dividend | J | T | | | | | |
| 84. Comcast New CMCSK | A | Dividend | J | T | | | | | |
| 85. Conoco Phillips COP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Deere Co. DE | A | Dividend | J | T | | | | | |
| 87. Diageo PLC ADR DEO | A | Dividend | J | T | | | | | |
| 88. Dominium Res D | A | Dividend | J | T | | | | | |
| 89. Don DON | A | Dividend | J | T | | | | | |
| 90. DuPont | A | Dividend | J | T | | | | | |
| 91. Duke Energy DUK | A | Dividend | J | T | | | | | |
| 92. Enbridge ENB | A | Dividend | J | T | | | | | |
| 93. Exxon Mobil XOM | A | Dividend | J | T | | | | | |
| 94. Facebook FB | A | Dividend | J | T | | | | | |
| 95. Factset Research FDS | A | Dividend | J | T | | | | | |
| 96. Fastenal FAST | A | Dividend | J | T | | | | | |
| 97. Fifth Third Bank FITB | A | Dividend | J | T | | | | | |
| 98. Gartner IT | A | Dividend | J | T | | | | | |
| 99. General Electric GE | A | Dividend | J | T | | | | | |
| 100. General Mills GIS | A | Dividend | J | T | | | | | |
| 101. Google GOOG | A | Dividend | J | T | | | | | |
| 102. Home Depot HD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Honeywell Int. HON | A | Dividend | J | T | | | | | |
| 104. Intel INTC | A | Dividend | J | T | | | | | |
| 105. Int Paper IP | A | Dividend | J | T | | | | | |
| 106. IBM IBM | A | Dividend | J | T | | | | | |
| 107. Johnson Controls JCI | A | Dividend | J | T | | | | | |
| 108. JP Morgan Chase JPM | A | Dividend | J | T | | | | | |
| 109. Kimberly Clark KMB | A | Dividend | J | T | | | | | |
| 110. Kinder Morgan KMP | A | Dividend | J | T | | | | | |
| 111. Lorillard LO | A | Dividend | J | T | | | | | |
| 112. Marathon Oil MRO | A | Dividend | J | T | | | | | |
| 113. Marathon Petro MPC | A | Dividend | J | T | | | | | |
| 114. Mastercard MA | A | Dividend | J | T | | | | | |
| 115. McDonalds MCD | A | Dividend | J | T | | | | | |
| 116. Mead West Vaco MWV | A | Dividend | J | T | | | | | |
| 117. Merck MRK | A | Dividend | J | T | | | | | |
| 118. Metlife MET | A | Dividend | J | T | | | | | |
| 119. Microsoft MSFT | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mondelez Intl MDLZ | A | Dividend | J | T | | | | | |
| 121. Motorola Solutions MSI | A | Dividend | J | T | | | | | |
| 122. New Mont Mining NEM | A | Dividend | J | T | | | | | |
| 123. Nextera Energy NEE | A | Dividend | J | T | | | | | |
| 124. Nike NKE | A | Dividend | J | T | | | | | |
| 125. Northeast Utilities NU | A | Dividend | J | T | | | | | |
| 126. Northrop NOC | A | Dividend | J | T | | | | | |
| 127. Occidental Petro OXY | A | Dividend | J | T | | | | | |
| 128. Oracle ORCL | A | Dividend | J | T | | | | | |
| 129. Pfizer PFE | A | Dividend | J | T | | | | | |
| 130. Phillip Morris PM | A | Dividend | J | T | | | | | |
| 131. Phillips 66 PSX | A | Dividend | J | T | | | | | |
| 132. Praxair PX | A | Dividend | J | T | | | | | |
| 133. Proctor & Gamble PG | A | Dividend | J | T | | | | | |
| 134. Prudential PRU | A | Dividend | J | T | | | | | |
| 135. Public Serv Enterprise PEG | A | Dividend | J | T | | | | | |
| 136. Qualcomm QCOM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Raytheon RTN | A | Dividend | J | T | | | | | |
| 138. Schlumberger SLB | A | Dividend | J | T | | | | | |
| 139. Sempra Energy SRE | A | Dividend | J | T | | | | | |
| 140. Starbucks SBUX | A | Dividend | J | T | | | | | |
| 141. Suntrust BKS STI | A | Dividend | J | T | | | | | |
| 142. T Rowe Price TROW | A | Dividend | J | T | | | | | |
| 143. TJX Cos TJX | A | Dividend | J | T | | | | | |
| 144. Toronto Dom Bk TD | A | Dividend | J | T | | | | | |
| 145. Total SA TOT | A | Dividend | J | T | | | | | |
| 146. Travelers Comp. TRV | A | Dividend | J | T | | | | | |
| 147. US Bancorp USB | A | Dividend | J | T | | | | | |
| 148. Unilever UN | A | Dividend | J | T | | | | | |
| 149. United Parcel UPS | A | Dividend | J | T | | | | | |
| 150. United Techno UTX | A | Dividend | J | T | | | | | |
| 151. VF Corp VFC | A | Dividend | J | T | | | | | |
| 152. Varian Medical VAR | A | Dividend | J | T | | | | | |
| 153. Verizon Comm VZ | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Visa V | A | Dividend | J | T | | | | | |
| 155. WW Grainger GWW | A | Dividend | J | T | | | | | |
| 156. WalMart WMT | A | Dividend | J | T | | | | | |
| 157. Weyerhauser WY | A | Dividend | J | T | | | | | |
| 158. Wells Fargo WFC | A | Dividend | J | T | | | | | |
| 159. New Jersey St Trans | A | Interest | | | Sold | 08/18/14 | J | | |
| 160. Georgia St Gen Obligation | A | Interest | J | T | | | | | |
| 161. Gilbert AZ Gen Obligation | A | Interest | J | T | | | | | |
| 162. St. Lucie FL County Revenue | A | Interest | J | T | | | | | |
| 163. JEA WTR & SWR Revenue | A | Interest | J | T | | | | | |
| 164. Pasco Co FLA Revenue | A | Interest | J | T | | | | | |
| 165. Mich St Trunk Line | A | Interest | J | T | | | | | |
| 166. Snohomish Co Sch Dist | A | Interest | J | T | | | | | |
| 167. Anchorage Alaska Gen Obl | A | Interest | J | T | | | | | |
| 168. Mass St Gen Oblig | A | Interest | J | T | | | | | |
| 169. Huron SD School Dist | A | Interest | J | T | | | | | |
| 170. Columbus, OH Gen Oblig | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Inveso Premier TX Exempt | A | Dividend | J | T | | | | | |
| 172. Morgan Stanley 3 ASSET | A | Interest | L | T | | | | | |
| 173. 3M Company MMM | A | Dividend | J | T | | | | | |
| 174. Abbott Labs ABT | A | Dividend | J | T | | | | | |
| 175. Abbvie Inc ABBV | A | Dividend | J | T | | | | | |
| 176. Ace LTD ACE | A | Dividend | J | T | | | | | |
| 177. America Exp AXP | A | Dividend | J | T | | | | | |
| 178. American Tower REIT AMT | A | Dividend | J | T | | | | | |
| 179. Apple APPL | A | Dividend | J | T | | | | | |
| 180. AT&T | A | Dividend | J | T | | | | | |
| 181. Berkshire Hathaway BRK'B | | None | J | T | | | | | |
| 182. BHP Billiton BHP | A | Dividend | J | T | | | | | |
| 183. Bristol Myers BMY | A | Dividend | | | Sold | 7/28/13 | J | | |
| 184. Charles Schwab SCHW | A | Dividend | | | Sold | 0719/13 | J | | |
| 185. Chevron CVX | A | Dividend | J | T | | | | | |
| 186. Citigroup C | A | Dividend | J | T | | | | | |
| 187. Coach COH | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188.  Cognizant Tech CTSH | | None | | | Sold | 09/05/13 | J | | |
| 189.  Coca Cola KO | A | Dividend | J | T | | | | | |
| 190.  Comcast CMCSK | A | Dividend | J | T | | | | | |
| 191.  Conoco COP | A | Dividend | J | T | | | | | |
| 192.  Consol Energy CNX | A | Dividend | J | T | Buy | 06/28/13 | J | | |
| 193.  Consol Energy CNX | A | Dividend | | | Sold | 10/02/13 | J | | |
| 194.  Cummins Inc. CMI | A | Dividend | J | T | | | | | |
| 195.  Deere DE | A | Dividend | J | T | | | | | |
| 196.  Diageo PLC DEO | A | Dividend | J | T | | | | | |
| 197.  Dominion RE D | A | Dividend | J | T | | | | | |
| 198.  Don DON | A | Dividend | J | T | | | | | |
| 199.  DuPont DD | A | Dividend | J | T | | | | | |
| 200.  Duke Energy DUK | A | Dividend | J | T | | | | | |
| 201.  EMC Corp EMC | A | Dividend | J | T | | | | | |
| 202.  Enbridge ENB | A | Dividend | J | T | | | | | |
| 203.  Express Scrips ESRX | | None | J | T | | | | | |
| 204.  Exxon Mobil XOM | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205.  Fifth Third Bk FITB | A | Dividend | J | T | | | | | |
| 206.  General Elec GE | A | Dividend | J | T | | | | | |
| 207.  General Mills GIS | A | Dividend | J | T | | | | | |
| 208.  Gilead Science GILD | | None | J | T | | | | | |
| 209.  Google GOOG | | None | J | T | | | | | |
| 210.  Home Depot HD | A | Dividend | J | T | | | | | |
| 211.  Honeywell HON | A | Dividend | J | T | | | | | |
| 212.  Intel INTC | A | Dividend | J | T | | | | | |
| 213.  Johnson & Johnson JNJ | A | Dividend | J | T | | | | | |
| 214.  IBM IBM | A | Dividend | J | T | | | | | |
| 215.  International Paper IP | A | Dividend | J | T | | | | | |
| 216.  Johnson Controls JCI | A | Dividend | J | T | | | | | |
| 217.  JP Morgan Chase JPM | A | Dividend | J | T | | | | | |
| 218.  Kimberly Clark KMB | A | Dividend | J | T | | | | | |
| 219.  Kinder Morgan KML | A | Dividend | J | T | | | | | |
| 220.  Lorillard LO | A | Dividend | J | T | | | | | |
| 221.  M&T Bank MTB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Marathon Oil MRO | A | Dividend | J | T | | | | | |
| 223. Marathon Petro MPC | A | Dividend | J | T | | | | | |
| 224. MCDonalds MCD | A | Dividend | J | T | | | | | |
| 225. Mead West Vaco MWV | A | Dividend | J | T | | | | | |
| 226. Merck MRK | A | Dividend | J | T | | | | | |
| 227. MetLife MET | A | Dividend | J | T | | | | | |
| 228. Microsoft MSFT | A | Dividend | J | T | | | | | |
| 229. Mondelez Intl MDLZ | A | Dividend | J | T | | | | | |
| 230. Monster Beverage MNST | A | Dividend | J | T | | | | | |
| 231. Motorola Solutions MSI | A | Dividend | J | T | | | | | |
| 232. National Oil Well Varco NOV | A | Dividend | J | T | | | | | |
| 233. Newmont Mines NEM | A | Dividend | J | T | | | | | |
| 234. Nextera Energy NEE | A | Dividend | J | T | | | | | |
| 235. Northeast Utilities NU | A | Dividend | J | T | | | | | |
| 236. Northrup Grumman NOC | A | Dividend | J | T | | | | | |
| 237. Occidental Petro OXY | A | Dividend | J | T | | | | | |
| 238. Perrigo Co. PRGO | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Pfizer PFE | A | Dividend | J | T | | | | | |
| 240. Phillip Morris PM | A | Dividend | J | T | | | | | |
| 241. Phillips 66 PSX | A | Dividend | J | T | | | | | |
| 242. Praxair PX | A | Dividend | J | T | | | | | |
| 243. Priceline PCLN | A | Dividend | J | T | | | | | |
| 244. Proctor & Gamble PG | A | Dividend | J | T | | | | | |
| 245. Prudential PRU | A | Dividend | J | T | | | | | |
| 246. Public Service Ent. PEG | A | Dividend | J | T | | | | | |
| 247. Qualcomm QCOM | A | Dividend | J | T | | | | | |
| 248. Raytheon RTN | A | Dividend | J | T | | | | | |
| 249. Schlumberger SLB | A | Dividend | J | T | | | | | |
| 250. Sempra Energy SRE | A | Dividend | J | T | | | | | |
| 251. Stericycle SRCL | | None | J | T | | | | | |
| 252. Suntrust Banks | A | Dividend | J | T | | | | | |
| 253. Toronto Dom Bk TD | A | Dividend | J | T | | | | | |
| 254. Total SA TOT | A | Dividend | J | T | | | | | |
| 255. US Bancorp USB | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  Unilever UN | A | Dividend | J | T | | | | | |
| 257.  United Parcel UPS | A | Dividend | J | T | | | | | |
| 258.  United Tech UTX | A | Dividend | J | T | | | | | |
| 259.  VF Corp VFC | A | Dividend | J | T | | | | | |
| 260.  Varian Medical VAR | | None | J | T | | | | | |
| 261.  Verisk Analytics VRSK | | None | J | T | | | | | |
| 262.  Verizon VZ | A | Dividend | J | T | | | | | |
| 263.  Visa V | A | Dividend | J | T | | | | | |
| 264.  Wal Mart Stores WMT | A | Dividend | J | T | | | | | |
| 265.  Wells Fargo WFC | A | Dividend | J | T | | | | | |
| 266.  WeyerHaeuser WY | A | Dividend | J | T | | | | | |
| 267.  i Shares Morningstar JKL | A | Interest | J | T | | | | | |
| 268.  Vanguard Sm Cap VBK | A | Interest | J | T | | | | | |
| 269.  NJ Transn Tr Fd Auth Rev | A | Interest | J | T | | | | | |
| 270.  Minn St Genl Oblig | A | Interest | J | T | | | | | |
| 271.  San Antonio Tx Gen Oblig | A | Interest | J | T | | | | | |
| 272.  Sea Fla Wtr and Sun Rev | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Ohio Wtr Dev Auth Rev | A | Interest | J | T | | | | | |
| 274. Texas St Hwy Fd Rev | A | Interest | J | T | | | | | |
| 275. Minn St 911 Rev | A | Interest | J | T | | | | | |
| 276. Snohomish WA Sch Dist Oblig | A | Interest | J | T | | | | | |
| 277. Virginia College Building Auth | A | Interest | J | T | | | | | |
| 278. Conn St Genl Oblig Ser E | A | Interest | J | T | | | | | |
| 279. Invesco Prem Tx Exempt | | None | J | T | | | | | |
| 280. Virtus Foreign Opport JUXIX | | None | J | T | | | | | |
| 281. Morgan Stanley/Smith Barney - Asset NO. 4 CASH ACCOUNT | A | Interest | M | T | | | | | |
| 282. Morgan Stanley/Smith Barney - Asset NO. 4 | A | Interest | M | T | | | | | |
| 283. Tortoise Energy | A | Int./Div. | J | T | Buy | 10/7/13 | J | | |
| 284. Tortoise Energy | A | Int./Div. | | | Sold | 06/24/13 | J | A | |
| 285. Now Inc. | A | Int./Div. | J | T | Buy | 06/28/13 | J | | |
| 286. Now Inc. | A | Int./Div. | | | Sold | 05/30/14 | J | A | |
| 287. Finish Line Inc. FINL | A | Dividend | J | T | Buy | 01/15/14 | J | | |
| 288. NXP Semiconductor | | None | K | T | Buy | 04/17/14 | K | | |
| 289. Lockheed Martin | A | Dividend | J | T | Buy | 09/26/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. Celgene | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 291. AT&T | A | Dividend | J | T | Buy | 11/06/14 | J | | |
| 292. Chevron | A | Dividend | K | T | Buy | 11/06/14 | K | | |
| 293. Dow Chemical | A | Dividend | K | T | Buy | 11/06/14 | K | | |
| 294. General Electric | A | Dividend | K | T | Buy | 11/06/14 | K | | |
| 295. Qualcomm | A | Dividend | L | T | Buy | 11/06/14 | L | | |
| 296. Core Labs (CLB) | A | Dividend | J | T | Buy | 10/27/14 | J | | |
| 297. Kroger | A | Dividend | J | T | Buy | 10/14/14 | J | | |
| 298. Celgene (CELG) | | None | J | T | Buy | 12/08/14 | J | | |
| 299. O'Reilly | | None | J | T | Buy | 08/08/14 | J | | |
| 300. Regeneron (REGN) | | None | J | T | Buy | 02/12/14 | J | | |
| 301. CDK Global (CDK) | A | Dividend | J | T | Buy | 10/01/14 | J | | |
| 302. CDK | | Dividend | J | T | Sold | 10/01/14 | J | A | |
| 303. Nestle (NSRGY) | | None | J | T | Buy | 05/13/14 | J | | |
| 304. Ebay | | None | J | T | Buy | 05/13/14 | J | | |
| 305. | | | | | | | | | |
| 306. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | | | | | |
| 308. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

I participate in the Federal Thrift Savings Plan, but it is my understanding that this asset need not be listed.

All individual assets held in brokerage accounts are individually disclosed in report.

The repetitive listing of certain investments is because some are in _____ name. On occasion, an interest in a company may be sold from one of the accounts and retained in another account which allows us to easily reduce an investment while retaining a part of that investment and each of us has multiple accounts. I have not designated which are _____ assets, but I list them separately because they are individual holdings which might be sold separately at a future time.

There is a high possibility that I list some small number of low value assets that I no longer own (as some of my prior notes explain). My practice is not to delist assets until I have documentation that I no longer own it; it is better to be over-inclusive.

After 7/31/12, _____ ceased to receive partnership income from Grant Thornton. After she ceased to be partner, she continued some consulting work as an independent contractor (III, B.1). As a partner of Grant Thornton, _____ served as a director of Fairfax Ltd., an insurer domiciled on the Isle of Guernsey. Grant Thornton reimbursed her expenses. After she ceased partnership, she retained her position as a director of Fairfax Ltd. In this capacity, she received director fees from Fiarfax, which also reimbursed her travel and lodging expenses for attendance at the twice yearly meetings in the Isle of Guernsey (III B and IV).

Line 53 is a half interest in FIP Properties which was acquired by _____ on 5/1/08 from _____ as a rental property for the price of $186,000.

Part VII

The list of securities and investments always includes the name of the account in which the assets are held. The name is included because the account includes cash in addition to securtiies. The individual securities and investments are listed separately.

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B. | 6/26/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James B. Zagel**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544